IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-34-BR

R. ALEXANDER ACOSTA,            )
Secretary of Labor,             )
United States Department of Labor, )
                                )
    Plaintiff               )
                                )
v.                              )           **ORDER**
                                )
DAX DEALS, INC., dba DAX DEALS, and )
DAVID YABOROUGH, an individual, )
                                )
    Defendants.             )

On September 15, 2017, Plaintiff filed a Motion for Entry of Default [DE-7], seeking entry of default as to Defendants Dax Deals, Inc. d/b/a Dax Deals and David Yarborough. On October 9, 2017, Defendants filed a response [DE-8] in opposition to the motion for entry of default, stating that Defendant Yarborough did not appreciate that a lawsuit had been filed against him or Defendant Dax Deals, and requesting an extension of time for Defendants' to file an answer. At the direction of the presiding judge, the motion for entry of default was referred to the undersigned for ruling.

The motion [DE-7] is DENIED, and Defendants shall have up to and including November 20, 2017, to answer or otherwise respond to the Complaint [DE-1].

SO ORDERED. This the 13th day of November, 2017.

                                                                     Peter A. Moore, Jr.
                                                                      Clerk of Court